1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, California 94102

7 | Telephone: (415) 436-7232
Facsimile: (415) 436-7234

8 | Email: jeffrey.finigan@usdoj.gov

9 | Attorneys for Plaintiff

**FILED**

SEP 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*CR 09-931 μωP*

14

15

16

17

18

19

20

UNITED STATES OF AMERICA,          )      Criminal No. 3 09 70785 BZ
                                   )
        Plaintiff,                 )
                                   )
                                   )      **STIPULATION AND [PROPOSED]
   v.                              )      ORDER TO CONTINUE
                                   )      APPEARANCE**
                                   )
CECILIA CHAO,                      )
                                   )
        Defendant.                 )
_____)

21

22      The defendant, CECILIA CHAO, has been ordered to appear before the Honorable

23  Maria-Elena James, U.S. Magistrate Judge, on September 25, 2009, at 9:30 a.m. for preliminary

24  hearing or initial appearance on an indictment.  The parties have agreed that the government may

25  file an information in lieu of seeking an indictment and anticipate that the matter may be

26  assigned to the Honorable Susan Illston, United States District Court Judge, pursuant to Crim.

27  L.R.8-1 and Civ. L. R. 3-12.  In order to allow enough time for that process to occur and to

28  coordinate appearances for the defendant on a Friday, the parties hereby agree and respectfully

Stipulation to Continue Initial Appearance
3 09 70785 BZ

1  request that Ms. Chao's next appearance may be continued to October 2, 2009, at 9:30 a.m.

2  before Elizabeth D. LaPorte, U.S. Magistrate Judge.  Mr. Breakstone represents that he has

3  advised Ms. Chao of this Stipulation and Proposed Order and that Ms. Chao has agreed to appear

4  on October 2, 2009, as set forth herein and agrees to waive time for preliminary hearing or

5  indictment pursuant to Rule 5.1(c) and (d).

6

7

8  DATED: September 23, 2009                    _____/s/_____
                                                ROBERT J. BREAKSTONE
9                                               Counsel for Defendant

10

11

12  DATED: September 23, 2009                   _____/s/_____
                                                JEFFREY R. FINIGAN
13                                              Assistant United States Attorney

14

15

16                                  **ORDER**

17       For the reasons stated by the parties herein, it is hereby ORDERED that the appearance

18  for defendant, CECILIA CHAO, is **CONTINUED** from September 29, 2009, at 9:30 a.m. to

19  October 2, 2009, at 9:30 a.m. before the Honorable Elizabeth D. LaPorte, U.S. Magistrate Judge

20  and that time is excluded pursuant to Rule 5.1(d).

21

22  DATED: 9-25-09         _____
                           MARIA-ELENA JAMES
23                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Stipulation to Continue Initial Appearance
3 09 70785 BZ                              2