| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CASBN 44332)<br>    United States Attorney | **FILED** |
| 2 | SEP 3 0 2009 |
| 3  BRIAN J. STRETCH (CASBN 163973)<br>    Chief, Criminal Division | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT |
| 4  JEFFREY R. FINIGAN (CASBN 168285)<br>    Assistant United States Attorney | NORTHERN DISTRICT OF CALIFORNIA |

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3 09 70785 BZ |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE** |
| | ) | **APPEARANCE** |
| CECILIA CHAO, | ) | |
| Defendant. | ) | |

The defendant, CECILIA CHAO, has been ordered to appear before the Honorable Elizabeth D. LaPorte, U.S. Magistrate Judge, on October 2, 2009, at 9:30 a.m. for preliminary hearing or initial appearance on an indictment. The parties have agreed that the government may file an information in lieu of seeking an indictment and anticipate that the matter may be assigned to the Honorable Susan Illston, United States District Court Judge, pursuant to Crim. L.R.8-1 and Civ. L. R. 3-12. Judge Illston issued a notice last week that week that she will be unavailable on October 2, 2009. In order to coordinate appearances for the defendant on a

Stipulation to Continue Initial Appearance
3 09 70785 BZ

1  Friday, the parties hereby agree and respectfully request that Ms. Chao's next appearance may be
2  continued to October 9, 2009, at 9:30 a.m. before Judge LaPorte. Mr. Breakstone represents that
3  he has advised Ms. Chao of this Stipulation and Proposed Order and that Ms. Chao has agreed to
4  appear on October 9, 2009, as set forth herein and agrees to waive time for preliminary hearing or
5  indictment pursuant to Rule 5.1(c) and (d).

8  DATED: September 29, 2009                    /s/
                                                ROBERT J. BREAKSTONE
9                                               Counsel for Defendant

12 DATED: September 29, 2009                    /s/
                                                JEFFREY R. FINIGAN
13                                              Assistant U.S. Attorney

### ORDER

17  For the reasons stated by the parties herein, it is hereby ORDERED that the appearance
18  for defendant, CECILIA CHAO, is **CONTINUED** from October 2, 2009, at 9:30 a.m. to October
19  9, 2009, at 9:30 a.m. before the Honorable Elizabeth D. LaPorte, U.S. Magistrate Judge and that
20  time is excluded pursuant to Rule 5.1(d).

22  DATED: 9-30-09
                                                MARIA-ELENA JAMES
23                                              UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Initial Appearance
3 09 70785 BZ                                   2